518 A.2d 802

**COMMONWEALTH of Pennsylvania**

v.

**SOHMER, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 12, 1986.

Petition for Allowance of Appeal GRANTED, No. 61 M.D. Appeal Docket 1986.